| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | Lexi Negin, Bar #250376<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>ARMANDO GONZALEZ-LEAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00541-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ARMANDO GONZALEZ-LEAL, | ) | |
| Defendant. | ) | |

  This case is currently scheduled for a status hearing on October 14, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, October 14, 2010, be continued until Thursday, October 28, 2010.  In addition, the parties stipulate that the time period from October 14, 2010, to October 28, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:October 15, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Armando Gonzalez-Leal |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00541 MCE |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ARMANDO GONZALEZ-LEAL, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on October 15, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, October 14, 2010, be vacated and that the case be set for **Thursday, October 28, 2010, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 15, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 14, 2010, through October 28, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2